UNITED STATES TITLE GUARANTY COMPANY, Respondent, v. ARTHUR A. BROWN, Appellant.

*Contract — attorney and client — contract between attorney and title guaranty company whereby attorney agreed to represent clients of corporation in condemnation proceedings and divide fees void — attorney bound to account for advances made by company where amount thereof has been collected by him.*

U. S. Title Guaranty Co. v. Brown, 195 App. Div. 738, affirmed.
(Argued May 8, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Plaintiff undertook to represent defending landowners in condemnation proceedings instituted by the city of New York. In connection therewith it entered into a contract with defendant, an attorney at law, to appear and conduct such defenses, he to divide allowances and counsel fees upon a basis set forth with the plaintiff. This action was to compel an accounting and to restrain defendant from further collection of fees in such proceedings. The Appellate Division held that the contract was void but that defendant was bound to account so far as to make restitution and repayment of plaintiff's advances.

*Frederick N. Van Zandt* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.